No. 00–1688. STEPPENWOLF PRODUCTIONS, INC., ET AL. *v.* KASSBAUM, AKA ST. NICHOLAS. C. A. 9th Cir. Certiorari denied.

No. 00–1691. PICCIOTTO ET AL. *v.* ZABIN ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 00–1692. WETLANDS ACTION NETWORK ET AL. *v.* UNITED STATES ARMY CORPS OF ENGINEERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1695. SCOTT *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–1700. U-HAUL INTERNATIONAL, INC., ET AL. *v.* RO-MANO. C. A. 1st Cir. Certiorari denied.

No. 00–1703. LOVITT *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–1704. BROWN *v.* MCCORMICK ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1706. POCRASS *v.* MAXCONN, INC. C. A. Fed. Cir. Certiorari denied.

No. 00–1708. L. B. FOSTER CO. *v.* DAWSON CONSTRUCTION PLANT LTD. C. A. 5th Cir. Certiorari denied.

No. 00–1709. RICE-LAMAR *v.* CITY OF FORT LAUDERDALE ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1710. WITMAN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–1712. VENEKLASE ET AL. *v.* CITY OF FARGO. C. A. 8th Cir. Certiorari denied.